**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF DELAWARE

Case number *(if known)* ______ Chapter **11**

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

**06/24**

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

**1. Debtor's name** — **MOM AS Investor Group LLC**

**2. All other names debtor used in the last 8 years**

Include any assumed names, trade names and *doing business as* names

**3. Debtor's federal Employer Identification Number** (EIN) — **86-4006341**

**4. Debtor's address**

**Principal place of business**

**520 Newport Center Drive**
**Suite 480**
**Newport Beach, CA 92660**
Number, Street, City, State & ZIP Code

**Orange**
County

**Mailing address, if different from principal place of business**

P.O. Box, Number, Street, City, State & ZIP Code

**Location of principal assets, if different from principal place of business**

Number, Street, City, State & ZIP Code

**5. Debtor's website** (URL)

**6. Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify:

Debtor **MOM AS Investor Group LLC** Case number (*if known*)
Name

**7. Describe debtor's business**

A. *Check one:*

- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ■ None of the above

B. *Check all that apply*

- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

**5511**

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11. *Check **all** that apply*:
  - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

- ■ No.
- ☐ Yes.

District ______ When ______ Case number ______
District ______ When ______ Case number ______

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

- ☐ No
- ■ Yes.

Debtor **MOM AS Investor Group LLC** Case number (*if known*)
Name

List all cases. If more than 1, attach a separate list

Debtor **See Attachment** Relationship
District When Case number, if known

**11. Why is the case filed in *this district?***

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

■ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard?

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?**

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency

Contact name

Phone

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

. *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

■ 1-49
☐ 50-99
☐ 100-199
☐ 200-999
☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000
☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million
☐ $1,000,001 - $10 million
■ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million
☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million
☐ $1,000,001 - $10 million
■ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million
☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

Debtor **MOM AS Investor Group LLC** Case number (*if known*)
Name

**Request for Relief, Declaration, and Signatures**

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **March 17, 2025**
MM / DD / YYYY

X DocuSigned by: 6B0C54C8C5564E0
Signature of authorized representative of debtor

**Peter Kravitz**
Printed name

Title **Independent Manager**

**18. Signature of attorney**

X /s/ Ericka F. Johnson
Signature of attorney for debtor

Date **March 17, 2025**
MM / DD / YYYY

**Ericka F. Johnson 5024**
Printed name

**Bayard P.A.**
Firm name

**600 N. King St**
**Suite 400**
**Wilmington, DE 19801**
Number, Street, City, State & ZIP Code

Contact phone **(302) 429-4275** Email address **ejohnson@bayardlaw.com**

**5024 DE**
Bar number and State

Debtor **MOM AS Investor Group LLC**
Name

Case number (*if known*)

**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF DELAWARE

Case number *(if known)*

Chapter **11**

☐ Check if this an amended filing

**FORM 201. VOLUNTARY PETITION**

**Pending Bankruptcy Cases Attachment**

Debtor **MOM AS Investor Group LLC** Case number (*if known*)
Name

| | | | | | |
|---|---|---|---|---|---|
| Debtor | **314 S. Harvard DE, LLC** | | | Relationship to you | **Affiliate** |
| District | **Delaware** | When | **3/10/25** | Case number, if known | **25-10447** |
| Debtor | **4110 West 3rd Street DE, LLC** | | | Relationship to you | **Affiliate** |
| District | **Delaware** | When | **3/10/25** | Case number, if known | **25-10446** |
| Debtor | **694 NCH Apartments, LLC** | | | Relationship to you | **Affiliate** |
| District | **Delaware** | When | **3/10/25** | Case number, if known | **25-10436** |
| Debtor | **777 AT Laguna, LLC** | | | Relationship to you | **Affiliate** |
| District | **Delaware** | When | **3/10/25** | Case number, if known | **25-10440** |
| Debtor | **837 Park Avenue, LLC** | | | Relationship to you | **Affiliate** |
| District | **Delaware** | When | **3/10/25** | Case number, if known | **25-10451** |
| Debtor | **891 Laguna Canyon Road, LLC** | | | Relationship to you | **Affiliate** |
| District | **Delaware** | When | **3/10/25** | Case number, if known | **25-10439** |
| Debtor | **Aryabhata Group LLC** | | | Relationship to you | **Affiliate** |
| District | **Delaware** | When | **3/10/25** | Case number, if known | **25-10444** |
| Debtor | **Cliff Drive Properties DE, LLC** | | | Relationship to you | **Affiliate** |
| District | **Delaware** | When | **3/10/25** | Case number, if known | **25-10435** |
| Debtor | **Duplex at Sleepy Hollow, LLC** | | | Relationship to you | **Affiliate** |
| District | **Delaware** | When | **3/10/25** | Case number, if known | **25-10434** |
| Debtor | **Heisler Laguna, LLC** | | | Relationship to you | **Affiliate** |
| District | **Delaware** | When | **3/10/25** | Case number, if known | **25-10437** |
| Debtor | **Hotel Laguna, LLC** | | | Relationship to you | **Affiliate** |
| District | **Delaware** | When | **3/10/25** | Case number, if known | **25-10445** |
| Debtor | **Laguna Art District Complex, LLC** | | | Relationship to you | **Affiliate** |
| District | **Delaware** | When | **3/10/25** | Case number, if known | **25-10441** |
| Debtor | **Laguna Festival Center, LLC** | | | Relationship to you | **Affiliate** |
| District | **Delaware** | When | **3/10/25** | Case number, if known | **25-10438** |
| Debtor | **Laguna HI, LLC** | | | Relationship to you | **Affiliate** |
| District | **Delaware** | When | **3/10/25** | Case number, if known | **25-10448** |
| Debtor | **Laguna HW, LLC** | | | Relationship to you | **Affiliate** |
| District | **Delaware** | When | **3/10/25** | Case number, if known | **25-10449** |
| Debtor | **MOM AS Investco LLC** | | | Relationship to you | **Affiliate** |
| District | **Delaware** | When | **2/28/25** | Case number, if known | **25-10322** |
| Debtor | **MOM BS Investco LLC** | | | Relationship to you | **Affiliate** |
| District | **Delaware** | When | **2/28/25** | Case number, if known | **25-10323** |
| Debtor | **MOM BS Investor Group LLC** | | | Relationship to you | **Affiliate** |
| District | **Delaware** | When | **3/13/25** | Case number, if known | |
| Debtor | **MOM CA Investco LLC** | | | Relationship to you | **Affiliate** |
| District | **Delaware** | When | **2/28/25** | Case number, if known | **25-10321** |
| Debtor | **MOM CA Investor Group LLC** | | | Relationship to you | **Affiliate** |
| District | **Delaware** | When | **3/13/25** | Case number, if known | |
| Debtor | **Retreat at Laguna Villas, LLC** | | | Relationship to you | **Affiliate** |
| District | **Delaware** | When | **3/10/25** | Case number, if known | **25-10432** |
| Debtor | **Sunset Cove Villas, LLC** | | | Relationship to you | **Affiliate** |
| District | **Delaware** | When | **3/10/25** | Case number, if known | **25-10433** |
| Debtor | **Tesoro Redlands DE, LLC** | | | Relationship to you | **Affiliate** |
| District | **Delaware** | When | **3/10/25** | Case number, if known | **25-10442** |

| Debtor | **The Masters Building, LLC** | | | Relationship to you | **Affiliate** |
|---|---|---|---|---|---|
| District | **Delaware** | When | **3/10/25** | Case number, if known | **25-10450** |

**ACTION BY UNANIMOUS WRITTEN CONSENT**
**OF**
**THE MANAGING MEMBER AND INDEPENDENT MANAGER**
**OF**
**MOM AS INVESTOR GROUP LLC**

March 17, 2025

The undersigned, being the sole managing member (the "Managing Member") and the sole independent manager (the "Independent Manager") of MOM AS Investor Group LLC, a Delaware limited liability company (the "Company"), in accordance with the Operating Agreement of MOM AS Investor Group LLC (the "LLC Agreement"), the action by unanimous written consent appointing the Independent Manager dated March 17, 2025, and the Delaware Limited Liability Company Act, as amended (the "DE Act"), hereby adopt the following resolutions by unanimous written consent:

**FILING OF THE CHAPTER 11 BANKRUPTCY CASE**

**WHEREAS**, the Company has determined that it is desirable and in the best interests of the Company and its creditors, employees, and other interested parties that a petition be filed by the Company, seeking relief under the provisions of Chapter 11 of 11 U.S.C. §§ 101-1532 (the "Bankruptcy Code") in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").

**NOW, THEREFORE, BE IT RESOLVED**, that the Managing Member and Independent Manager have determined that it is advisable and in the best interests of the Company to file a voluntary petition for relief in the Bankruptcy Court; and

**RESOLVED FURTHER**, that the Independent Manager, and anyone designated by the Independent Manager, is hereby authorized, in the name and on behalf of the Company, and in such capacity, acting alone or together, with power of delegation, be, and they hereby are, authorized and empowered to commence a Chapter 11 bankruptcy case under the Bankruptcy Code and to execute and file on behalf of the Company, including in the Company's capacity as shareholder or member of its subsidiaries, all petitions, schedules, lists, applications, pleadings and other motions, papers, agreements, consents, or documents, and to take any and all action that they deem necessary or proper to obtain such relief, including, without limitation, any action necessary to maintain the ordinary course operation of the Company's businesses (collectively, the "Bankruptcy Case").

**RETENTION OF PROFESSIONALS**

**RESOLVED**, that the Independent Manager be, and hereby is, authorized and directed to employ the law firm of Bayard, P.A. ("Bayard") as general bankruptcy counsel to represent and assist the Company in carrying out its duties under the Bankruptcy Code, file the Chapter 11

bankruptcy petition, and represent the Company in the Bankruptcy Case; and in connection therewith, the Independent Manager, with power of delegation, is hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers, and to cause to be filed an appropriate application for authority to retain the services of Bayard;

**RESOLVED FURTHER**, that the Independent Manager be, and hereby is, authorized and directed to employ any other professionals to assist the Company in carrying out its duties under the Bankruptcy Code, assist the Company in connection with the Bankruptcy Case and to take any and all actions to advance the Company's rights and obligations; and in connection therewith, the Independent Manager, with power of delegation, is hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers, and to cause to be filed appropriate applications for authority to retain the services of any other professionals as necessary;

**RESOLVED FURTHER**, that the Independent Manager be, and hereby is, with power of delegation, authorized, empowered, and directed to execute and file all petitions, schedules, motions, lists, applications, pleadings, and other papers and, in connection therewith, to employ and retain all assistance by legal counsel, accountants, financial advisors, and other professionals and to take and perform any and all further acts and deeds that the Independent Manager deems necessary, proper, or desirable in connection with the Bankruptcy Case, with a view to the successful prosecution of such case; and

**RESOLVED FURTHER**, that the authority granted to the Independent Manager pursuant to the foregoing resolutions to cause the Company to take further actions in connection with the Bankruptcy Case shall include, but not be limited to, seeking Bankruptcy Court approval for the Company to use cash collateral and/or to obtain post-bankruptcy financing and executing any agreements related to any of the foregoing; entering into or continuing with agreements; terminating, altering, or amending agreements; negotiating with creditors, lenders, vendors, contract counterparties; assuming, assigning, or rejecting executory contracts; renegotiating the terms of executory contracts; signing new or amended contracts and leases; commencing, defending, and settling litigation and/or arbitration involving the Company; marketing the Company's assets for sale and consummating the sale of all or substantially all of the Company's assets for the most money possible; and formulating, filing, and seeking to confirm a plan of reorganization to maximize the recovery for creditors and other interest holders.

**GENERAL AUTHORIZATION**

**RESOLVED**, that the Independent Manager be, and hereby is, authorized and empowered to take all such further actions and to execute and deliver all such further agreements, certificates, instruments, and documents, in the name and on behalf of the Company, and if requested or required, under its corporate seal; to pay or cause to be paid all expenses; to take all such other actions as he or she shall deem necessary, desirable, advisable, or appropriate to consummate, effectuate, carry out, or further the transactions contemplated by and the intent and purposes of the foregoing resolutions; and

**RESOLVED FURTHER**, that the omission from these resolutions of any agreement or other arrangement contemplated by any of the agreements or instruments described in the foregoing resolutions or any action to be taken in accordance with any requirements of any of the agreements or instruments described in the foregoing resolutions shall in no manner derogate from the authority of the Independent Manager to take all actions necessary, desirable, advisable, or appropriate to consummate, effectuate, carry out, or further the transactions contemplated by and the intent and purposes of the foregoing resolutions.

[*Signature page follows*]

**IN WITNESS WHEREOF**, the undersigned has executed these resolutions and unanimous written consent as of the date first set forth above.

**Managing Member:**

**MOM AS Manager, LLC,**
a Delaware limited liability company

Signed by:
By: Jason Miller
BD8993D14664419...
Name: Jason Miller
Title: Manager

**Independent Manager:**

**MOM AS Manager, LLC,**
a Delaware limited liability company

DocuSigned by:
By: ______________
6B0C54C8C5564E0...
Name: Peter Kravitz, solely in his capacity as designee by Province Fiduciary Services, LLC, Independent Manager and not in any individual capacity
Title: Independent Manager

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| MOM AS Investor Group LLC | Case No. 25-_________ ( ) |
| Debtor. | |

**CORPORATE OWNERSHIP STATEMENT**

Pursuant to Federal Rules of Bankruptcy Procedure 7007(a)(1) and 7007.1, the following is a list of any corporation, other than a governmental unit, that directly or indirectly owns 10% or more of any class of equity interests in the above-captioned debtor.

| EQUITY HOLDER | PERCENTAGE OF TOTAL EQUITY |
|---|---|
| Harbor Island Group | 49% |
| Kolmogorov Group LLC | 33% |
| Sky Lounge Group LLC | 18% |

**Fill in this information to identify the case:**

Debtor name **MOM AS Investor Group LLC**

United States Bankruptcy Court for the: DISTRICT OF DELAWARE

Case number (if known) ____________

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors 12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* ____________
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ■ Other document that requires a declaration **Corporate Ownership Statement**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **March 17, 2025**

X DocuSigned by: [signature] 8B0C54C8C5564E0...
Signature of individual signing on behalf of debtor

**Peter Kravitz**
Printed name

**Independent Manager**
Position or relationship to debtor

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **MOM AS Investor Group LLC** |
| United States Bankruptcy Court for the: | **DISTRICT OF DELAWARE** |
| Case number (if known): | |

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Bridge Moh 1 LLC 520 Newport Center Dr. Suite 480 Newport Beach, CA 92660** | | **Notes** | | | | **$20,000,000.00** |
| **Bridge Moh LLC 520 Newport Center Dr. Ste. 480 Newport Beach, CA 92660** | | **Notes** | | | | **$7,000,000.00** |
| **Bridgegap Group LLC 520 Newport Center Dr. Suite 480 Newport Beach, CA 92660** | | **Notes** | | | | **$2,200,000.00** |
| **4G Wireless, Inc. 303 Broadway St 104-105 Laguna Beach, CA 92651** | **Aaron May, Joseph Ybarra aaron.may@halpernmay.com; josephybarra@halpernmay.com (213) 402-1900** | **Litigation** | **Contingent Unliquidated** | | | **$0.00** |
| **Mohammad Honarkar Address on File** | **Aaron May, Joseph Ybarra aaron.may@halpernmay.com; josephybarra@halpernmay.com (213) 402-1900** | **Litigation** | **Contingent Unliquidated** | | | **$0.00** |

Debtor **MOM AS Investor Group LLC** Case number *(if known)*
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **MOM AS Investco, LLC 520 Newport Center Drive Suite 480 Newport Beach, CA 92660** | **Jeffrey Garfinkle; Rebecca Wicks jgarfinkle@buchalter.com; rwicks@buchalter.com (949) 760-1121** | **Litigation** | **Contingent Unliquidated** | | | **$0.00** |
| **MOM BS Investco, LLC 520 Newport Center Drive Suite 480 Newport Beach, CA 92660** | **Jeffrey Garfinkle, Rebecca Wicks jgarfinkle@buchalter.com; rwicks@buchalter.com (949) 760-1121** | **Litigation** | **Contingent Unliquidated** | | | **$0.00** |
| **MOM CA Investco, LLC 520 Newport Center Drive Suite 480 Newport Beach, CA 92660** | **Jeffrey Garfinkle, Rebecca Wicks jgarfinkle@buchalter.com; rwicks@buchalter.com (949) 760-1121** | **Litigation** | **Contingent Unliquidated** | | | **$0.00** |

# United States Bankruptcy Court
## District of Delaware

In re **MOM AS Investor Group LLC** Debtor(s)

Case No. ____
Chapter **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Harbor Island Group LLC**<br>**520 Newport Center Dr.**<br>**Suite 480**<br>**Newport Beach, CA 92660** | | **49%** | **Membership Interest** |
| **Kolmogorov Group LLC**<br>**520 Newport Center Dr.**<br>**Suite 480**<br>**Newport Beach, CA 92660** | | **33%** | **Membership Interest** |
| **Sky Lounge Group LLC**<br>**520 Newport Center Dr.**<br>**Suite 480**<br>**Newport Beach, CA 92660** | | **18%** | **Membership Interest** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Independent Manager** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date **March 17, 2025**

Signature DocuSigned by: 6B0C54C8C5564E0...
**Peter Kravitz**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

**United States Bankruptcy Court**
**District of Delaware**

In re **MOM AS Investor Group LLC** Case No.
Debtor(s) Chapter **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Independent Manager of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: **March 17, 2025**

DocuSigned by:
6B0C54C8C5564E0...
**Peter Kravitz**/**Independent Manager**
Signer/Title

MOM AS INVESTOR GROUP LLC
520 NEWPORT CENTER DRIVE
SUITE 480
NEWPORT BEACH, CA 92660

ERICKA F. JOHNSON
BAYARD P.A.
600 N. KING ST
SUITE 400
WILMINGTON, DE 19801

4G WIRELESS, INC.
303 BROADWAY ST 104-105
LAGUNA BEACH, CA 92651

4G WIRELESS, INC.
ATTN: MOHAMMAD HONARKAR
8871 RESERARCH DRIVE
IRVINE, CA 92610

4G WIRESLESS, INC.
C/O MARALAN LAW, P.C.
ATTN: SAM MARALAN
3080 BRISTOL ST., STE. 630
COSTA MESA, CA 92626

4G WIRESLESS, INC.
CO HALPERN MAY YBARRA GELPBERG
ATTN: A. MAY, J. YBARRA, T. RUBINSKY
550 S. HOPE ST., STE. 2330
LOS ANGELES, CA 90071

BRIDGE MOH 1 LLC
520 NEWPORT CENTER DR.
SUITE 480
NEWPORT BEACH, CA 92660

BRIDGE MOH LLC
520 NEWPORT CENTER DR.
STE. 480
NEWPORT BEACH, CA 92660

BRIDGEGAP GROUP LLC
520 NEWPORT CENTER DR.
SUITE 480
NEWPORT BEACH, CA 92660

CALIFORNIA DEPT OF TAX & FEE ADMIN
14750 CENTER COURT DR.
STE. 400
CERRITOS, CA 90703

CALIFORNIA FRANCHISE TAX BAORD
3321 POWER INN RD.
STE. 250
SACRAMENTO, CA 95826

CALIFORNIA FRANCHISE TAX BOARD
C/O BANKRUPTCY SECTION MS A340
PO BOX 942840
SACRAMENTO, CA 94024

DELAWARE STATE TREASURY
820 SILVER LAKE BLVD., SUITE 100
DOVER, DE 19904

INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERTATION
PO BOX 7346
PHILADELPHIA, PA 19101

LOS ANGELES COUNTY, CA
225 N. HILL ST., 1ST FL. LOBBY
LOS ANGELES, CA 90012

MOHAMMAD HONARKAR
ADDRESS ON FILE

MOHAMMAD HONARKAR
C/O HALPERN MAY YBARRA GELBERG LLP
550 SOUTH HOPE ST., STE. 2330
LOS ANGELES, CA 90071

MOHAMMAD HONARKAR
C/O MARALAN LAW, P.C.
3080 BRISTOL ST., STE. 630
COSTA MESA, CA 92626

MOM AS INVESTCO, LLC
520 NEWPORT CENTER DRIVE
SUITE 480
NEWPORT BEACH, CA 92660

MOM BS INVESTCO, LLC
520 NEWPORT CENTER DRIVE
SUITE 480
NEWPORT BEACH, CA 92660

MOM CA INVESTCO, LLC
520 NEWPORT CENTER DRIVE
SUITE 480
NEWPORT BEACH, CA 92660

SECRETARY OF STATE
DIVISION OF CORPORATIONS
FRANCHISE TAX
PO BOX 898
DOVER, DE 19903

SECURITIES & EXCHANGE COMM
ANTONIA APPS, REGIONAL DIREC
100 PEARL ST., STE. 20-100
NEW YORK, NY 10004

SECURITIES & EXCHANGE COMM
100 F STREET, NE
WASHINGTON, DC 20549