**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re:<br><br>MOM CA INVESTOR GROUP LLC, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 25-10510 (BLS)<br><br>(Jointly Administered) |

**GLOBAL NOTES, METHODOLOGY AND SPECIFIC**
**DISCLOSURES REGARDING THE DEBTORS' SCHEDULES OF**
**ASSETS AND LIABILITIES AND STATEMENTS OF FINANCIAL AFFAIRS**

## Introduction

The above-captioned debtors and debtors in possession (collectively, the "Debtors") in the above-captioned chapter 11 cases (the "Cases"), submit their Schedules of Assets and Liabilities (the "Schedules") and Statements of Financial Affairs (the "Statements", and together with the Schedules, the "Schedules and Statements") pursuant to section 521 of title 11 of the United States Code (the "Bankruptcy Code") and Rule 1007 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules").

These Global Notes, Methodology, and Specific Disclosures Regarding the Debtors' Schedules and Statements (the "Global Notes") pertain to, are incorporated by reference in, and comprise an integral part of the Schedules and Statements. The Global Notes should be referred to, considered, and reviewed in connection with any review of the Schedules and Statements.

In preparing the Schedules and Statement, the Debtors relied upon information derived from their books and records that were available at the time of such preparation. Although the Debtors have made reasonable efforts to ensure the accuracy and completeness of such financial information, inadvertent errors or omissions, as well as the discovery of conflicting, revised, or subsequent information, may cause a material change to the Schedules and Statements. Accordingly, the Debtors reserve all of their rights to amend, supplement, or otherwise modify the Schedules and Statements as is necessary and appropriate.

The Debtors, their managers, agents, and attorneys do not guarantee or warrant the accuracy or completeness of the data that is provided herein and shall not be liable for any loss or injury arising out of or caused in whole or in part by the acts, omissions, whether negligent or otherwise, in procuring, compiling, collecting, interpreting, reporting, communicating, or delivering the information contained herein. Except as expressly required by the Bankruptcy Code, the Debtors and their managers, agents, and attorneys expressly do not undertake any

---

[1] The address of the Debtors is 520 Newport Center Drive, Suite 480, Newport Beach, CA 92660. The last four digits of the Debtors' federal tax indemnification numbers are: (i) MOM CA Investor Group LLC (8594); (ii) MOM BS Investor Group LLC (6416); and (iii) MOM AS Investor Group LLC, (6341).

obligation to update, modify revise or re-categorize the information provided herein or to notify any third party should the information be updated, modified, revised or re-categorized. The Debtors, on behalf of themselves, their managers, agents, and advisors disclaim any liability to any third party arising out of or related to the information contained in the Schedules and Statements and reserve all rights with respect thereto.

### Global Notes and Overview of Methodology

1.    **Reservation of Rights**.  Reasonable best efforts have been made to prepare and file complete and accurate Schedules and Statements; however, inadvertent errors or omissions may exist.  The Debtors reserve all rights to amend or supplement the Schedules and Statements from time to time, in all respects, as may be necessary or appropriate, including, without limitation, the right to amend the Schedules and Statements with respect to any claim ("Claim") description, or designation; dispute or otherwise assert offsets or defenses to any Claim reflected in the Schedules and Statements as to amount, liability, priority, status, or classification; subsequently designate any Claim as "disputed," "contingent," or "unliquidated;" or object to the extent, validity, enforceability, priority, or avoidability of any Claim.  Any failure to designate a Claim in the Schedules and Statements as "disputed," "contingent," or "unliquidated" does not constitute an admission by the Debtors that such Claim or amount is not "disputed," "contingent," or "unliquidated."  In addition, **the Debtors hereby reserve any and all rights to amend or supplement the types of assets, the asset amounts, and asset values of any assets set forth in the Schedules and Statement, without regard to the type of asset, at any time as the Debtors determine to be necessary.**  Furthermore, nothing contained in the Schedules and Statements shall constitute a waiver of rights with respect to the Cases, including, without limitation, issues involving Claims, setoff, recoupment, substantive consolidation, defenses, equitable subordination, recharacterization, and/or causes of action arising under the provisions of chapter 5 of the Bankruptcy Code and any other relevant non-bankruptcy laws to recover assets or avoid transfers.  Any specific reservation of rights contained elsewhere in the Global Notes does not limit in any respect the general reservation of rights contained in this paragraph.

The listing in the Schedules or Statements (including, without limitation, Schedule A/B, Schedule E/F, Statement 3, or Statement 4) by the Debtors is a statement of what appears in the Debtors' books and records and does not reflect any admission or conclusion of the Debtors regarding whether such amount would be allowed as a Claim or how such obligations may be classified and/or characterized in a plan of reorganization or by the Bankruptcy Court.  The Debtors reserve all right with respect to such obligations.

2.    **Description of Cases and "as of" Information Date**.  On March 17, 2025 (the "Petition Date"), the Debtors each filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code.  The Debtors are managing their business and property as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.  On March 31, 2025, the Bankruptcy Court entered an order directing procedural consolidation and joint administration of the Cases [D.I. 13].

**The asset and liability information provided herein, except as otherwise noted, represents the asset and liability data of the applicable Debtor as of the Petition Date.**

3.  **Basis of Presentation**.  The Schedules and Statements reflect the assets and liabilities of the Debtor.  For financial reporting purposes, these Schedules and Statements do not purport to represent financial statements prepared in accordance with Generally Accepted Accounting Principles, nor are they intended to reconcile the financial statements previously distributed to lenders, major creditors or various equity holders on an intermittent basis.  Additionally, the Schedules and Statements contain unaudited information that is subject to further review and potential adjustment.

4.  **Reclassification**.  Notwithstanding the Debtors' reasonable best efforts to properly characterize, classify, categorize or designate certain Claims, assets, executory contracts, unexpired leases and other items reported in the Schedules and Statement, the Debtors may, nevertheless, have improperly characterized, classified, categorized, designated, or omitted certain items.  Accordingly, the Debtors reserve all rights to recharacterize, reclassify, recategorize, redesignate, add or delete items reported in the Schedules and Statements at a later time as is necessary or appropriate as additional information becomes available, including, without limitation, whether contracts or leases listed herein were deemed executory or unexpired as of the Petition Date and remain executory and unexpired postpetition.

5.  **Insiders**.  In the circumstance where the Schedules and Statements require information regarding "insiders," the Debtors have included information with respect to certain individuals who the Debtors believe may be included in the definition of "insider" set forth in section 101(31) of the Bankruptcy Code during the relevant time periods.  Persons listed as "insiders" have been included for informational purposes only and by including them in the Schedules and Statements, shall not constitute an admission that those persons are insiders for purposes of section 101(31) of the Bankruptcy Code.  Moreover, the Debtors do not take any position with respect to:  (a) such person's influence over the control of the Debtors; (b) the management responsibilities or functions of such individual; (c) the decision-making or corporate authority of such individual; or (d) whether the Debtors or such individual could successfully argue that he or she is not an "insider" under applicable law, including the federal securities laws, or with respect to any theories of liability or for any other purpose.

6.  **Executory Contracts and Unexpired Leases**.  The Debtors' executory contracts and unexpired leases have been set forth in Schedule G.  The Debtors reserve all of their rights with respect to the named parties of any and all executory contracts, including the right to amend Schedule G.

The Debtors' rejection of executory contracts and unexpired leases may result in the assertion of rejection damage claims; the Schedules and Statements do not reflect any claims for rejection damages.  The Debtors reserve the right to make any arguments and objections with respect to the assertion of any such claims.

7.  **Classifications**.  Listing a Claim or contract on (a) Schedule E/F Part 2 as "unsecured," or (b) on Schedule G as "executory" or "unexpired," does not constitute an admission by the Debtors of the legal rights of the Claimant or a waiver of the Debtors' rights to recharacterize or reclassify such Claims or contracts or to setoff of such Claims.

8.      **Claims Description**.  Schedules D and E/F permit the Debtors to designate a Claim as "disputed," "contingent," and/or "unliquidated."  Any failure to designate a Claim on the Debtors' Schedules and Statements as "disputed," "contingent," or "unliquidated" does not constitute an admission by the Debtors that such amount is not "disputed," "contingent," or "unliquidated," or that such Claim is not subject to objection.  The Debtors reserve all rights to dispute, or assert offsets or defenses to, any Claim reflected on the Debtors' Schedules and Statements on any grounds, including liability or classification.  Additionally, the Debtors expressly reserve all rights to subsequently designate such Claims as "disputed," "contingent," or "unliquidated."  Moreover, listing a Claim does not constitute an admission of liability by the Debtors.

9.      **Causes of Action**.  Despite reasonable best efforts to identify all known assets, the Debtors may not have listed all causes of action or potential causes of action against third-parties as assets in the Schedules and Statements, including, without limitation, causes of actions arising under intellectual property law and/or the provisions of chapter 5 of the Bankruptcy Code and any other relevant non-bankruptcy laws to recover assets or avoid transfers.  The Debtors reserve all rights with respect to any cause of action (including avoidance actions), controversy, right of setoff, cross-Claim, counter-Claim, or recoupment and any Claim on contracts or for breaches of duties imposed by law or in equity, demand, right, action, lien, indemnity, guaranty, suit, obligation, liability, damage, judgment, account, defense, power, privilege, license, and franchise of any kind or character whatsoever, known, unknown, fixed or contingent, matured or unmatured, suspected or unsuspected, liquidated or unliquidated, disputed or undisputed, secured or unsecured, assertable directly or derivatively, whether arising before, on, or after the Petition Date, in contract or in tort, in law, or in equity, or pursuant to any other theory of law (collectively, "Causes of Action") it may have, and neither these Global Notes nor the Schedules and Statements shall be deemed a waiver of any Claims or Causes of Action or in any way prejudice or impair the assertion of such Claims or Causes of Action.

10.     **Summary of Significant Reporting Policies. Summary of Significant Reporting Policies**.  The following is a summary of significant reporting policies:

   a)  Undetermined Amounts.   The description of an amount as "unknown" is not intended to reflect upon the materiality of such amount.

   b)  Totals.  All totals that are included in the Schedules and Statements represent totals of all known amounts.  To the extent there are unknown or undetermined amounts, the actual total may be different than the listed total.

   c)  Liens.   Property listed in the Schedules and Statements are presented without consideration of any liens that may attach (or have attached) to such property.

11.     **Estimates and Assumptions**.  Because of the timing of the filing, management was required to make certain estimates and assumptions that affected the reported amounts of these assets and liabilities.  Actual results could differ from those estimates, perhaps materially.  The Debtors reserve all rights to amend the reported amounts of assets and liabilities to reflect changes in those estimates or assumptions.

12.    **Currency**.  Unless otherwise indicated, all amounts are reflected in U.S. dollars.

13.    **Global Notes Control**.  In the event that the Schedules and Statements differ from the foregoing Global Notes, the Global Notes shall control.

### Specific Disclosures with Respect to the Debtors' Schedules

**Schedule A/B**.  All values set forth in Schedule A/B reflect the book value of the Debtors' assets as of the Petition Date, unless otherwise noted below.  **The Debtors hereby reserve any and all rights to amend or supplement the types of assets, the asset amounts, and asset values set forth in Schedule A/B, without regard to the type of asset, at any time as the Debtors determine to be necessary.**

**Schedules A/B15.**  Ownership interests in subsidiaries and joint ventures have been listed in Schedules A/B15 based on an appraised value of such subsidiaries and joint ventures.

**Schedule A/B74**. The Debtors' failure to list any cause of action, claim, or right of any nature is not an admission that such cause of action, claim, or right does not exist, and should not be construed as a waiver of such cause of action, claim, or right.

**Schedule E/F, Part 2**.  The Debtors have used reasonable best efforts to report all general unsecured Claims against the Debtors on Schedule E/F, Part 2 based upon the Debtors' books and records as of the Petition Date.

The Claims listed on Schedule E/F, Part 2 arose or were incurred on various dates.  In certain instances, the date on which a Claim arose is an open issue of fact.  Although reasonable efforts have been made to identify the date of incurrence of each Claim, the Debtors' books and records do not include invoice dates when aggregating total accounts payable from which the Claims on Schedule E/F are derived.  Manually entering such information to Part 2 would be unduly burdensome and cost prohibitive.  Therefore, the Debtors may not list a date for each Claim listed on Schedule E/F, Part 2.

Schedule E/F, Part 2 contains information regarding pending litigation involving the Debtors.  The dollar amount of potential Claims associated with any such pending litigation is listed as "unknown" and marked as contingent, unliquidated, and disputed in the Schedules and Statements.  Some of the litigation Claims listed on Schedule E/F, Part 2 may be subject to subordination pursuant to section 510 of the Bankruptcy Code.

Schedule E/F does not include potential rejection damage Claims, if any, of the counterparties to executory contracts and unexpired leases that may be rejected.

**Schedule G**.  Although the Debtors' existing books, records and financial systems have been relied upon to identify and schedule executory contracts and diligent efforts have been made to ensure the accuracy of the Debtors' Schedule G, inadvertent errors, omissions or over-inclusions may have occurred.  Certain information, such as the contact information of the counter-party, may not be included where such information could not be obtained using the Debtors' reasonable efforts.  Listing a contract or agreement on Schedule G does not constitute an admission that such contract or agreement is an executory contract or unexpired lease or that such contract or

agreement was in effect on the Petition Date or is valid or enforceable. The Debtors hereby reserve all rights to dispute the validity, status or enforceability of any contracts, agreements or leases set forth on Schedule G, if any, and to amend or supplement Schedule G as necessary.

Omission of a contract or agreement from Schedule G does not constitute an admission that such omitted contract or agreement is not an executory contract or unexpired lease. The Debtors' rights under the Bankruptcy Code with respect to any such omitted contracts or agreements are not impaired by the omission. Schedule G may be amended at any time to add any omitted contract, agreement or lease.

**Schedule H**. For purposes of Schedule H, the Debtors that are either the principal obligors or guarantors under the prepetition notes or indemnification agreement are listed as Co-Debtors on Schedule H. Co-defendants in pending litigation, including the Debtors, are also listed as Co-Debtors on Schedule H. The Debtors may not have identified all litigation co-defendants or co-obligors, or certain guarantees associated with the Debtors' executory contracts, unexpired leases, secured financings, debt instruments and other such agreements. The Debtors reserve all of their rights to amend the Schedules to the extent that additional co-defendants, co-obligors, or guarantees are identified or such guarantees are discovered to have expired or be unenforceable.

## Specific Disclosures with Respect to the Debtors' Statement

**Statement 3**. To the extent transfers are identified, the response to Statement 3 includes any disbursement or other transfer made by the Debtors within 90 days before the Petition Date except for those made to insiders (which payments, if any, appear in response to Statement 4), and bankruptcy professionals (which payments, if any, appear in response to Statement 11).

**Statement 4.** To the extent transfers are identified, the response to Statement 4 includes any disbursement or other transfer made over the twelve months preceding the Petition Date to any individual that may be deemed an "Insider" (as defined in section 101(31) of the Bankruptcy Code). The Persons listed as "insiders" have been included for informational purposes only and including them in the Schedules and Statements shall not constitute an admission that those persons are insiders for purposes of section 101(31) of the Bankruptcy Code or otherwise. The listing of a party as an Insider in the Schedules and Statements, however, is not intended to be, nor shall be, construed as a legal characterization or determination of such party as an actual insider and does not act as an admission of any fact, claim, right or defense, and all such rights, claims, and defenses are hereby expressly reserved.

**Statement 7**. Information provided in Statement 7 includes only those legal disputes and administrative proceedings that are formally recognized by an administrative, judicial or other adjudicative forum. Additionally, any information contained in Statement 7 shall not be a binding representation of the Debtors' liabilities with respect to any of the suits and proceedings identified therein.

**Statement 11**. Presented in response to Statement 11 for Debtor MOM CA Investor Group LLC are payments made to various professional services firms for services rendered within one year immediately preceding the Petition Date. The services rendered pertain to (i) debt

restructuring, (ii) relief under the Bankruptcy Code, and (iii) preparation of a bankruptcy petition. The disclosed payments were made on behalf of all of the Debtors.

**Statement 13**.  To the extent transfers are identified, the response to Statement 13 includes certain transfers within one year of the Petition Date in response to Statement 13.  The disclosure of such transfers is not an admission of whether such transfers were or were not in fact made in the ordinary course of business or financial affairs of the Debtors.  In addition, the Debtors made certain transfers between one and two years of the Petition Date to affiliates that were not identified in response to Statement 13 as the Debtors believe such transfers were made in the ordinary course of business.

**Statement 30**.  Unless otherwise indicated in a Debtor's specific response to Statement 30, the Debtors have included a comprehensive response to Statement 30 in Statement 4.

**Fill in this information to identify the case:**

Debtor name **MOM AS Investor Group LLC**

United States Bankruptcy Court for the: DISTRICT OF DELAWARE

Case number (if known) **25-10513 (BLS)**

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | Summary of Assets |
|---|---|

1.  ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*.................................................................................... $     **0.00**

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*................................................................................ $     **56,434,510.00**

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*.................................................................................. $     **56,434,510.00**

| Part 2: | Summary of Liabilities |
|---|---|

2.  ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*................................... $     **0.00**

3.  ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................................... $     **0.00**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.............................................. +$     **29,200,000.00**

4.  **Total liabilities** ............................................................................................
    Lines 2 + 3a + 3b     $     **29,200,000.00**

| Fill in this information to identify the case: |
|---|

Debtor name    **MOM AS Investor Group LLC**

United States Bankruptcy Court for the:    DISTRICT OF DELAWARE

Case number (if known)    **25-10513 (BLS)**

☐ Check if this is an amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**          **Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

3.     **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1.  **Nano Banc** | **Checking** | 8148 | $55.00 |

4.     **Other cash equivalents** *(Identify all)*

5.     **Total of Part 1.**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.          | $55.00 |

**Part 2:**          **Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

☑ No.  Go to Part 3.
☐ Yes Fill in the information below.

**Part 3:**          **Accounts receivable**

10. **Does the debtor have any accounts receivable?**

☑ No.  Go to Part 4.
☐ Yes Fill in the information below.

**Part 4:**          **Investments**

13. **Does the debtor own any investments?**

☐ No.  Go to Part 5.

Debtor    **MOM AS Investor Group LLC**                                     Case number *(If known)*  **25-10513 (BLS)**
_____
Name

■ Yes Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

14.  **Mutual funds or publicly traded stocks not included in Part 1**
Name of fund or stock:

15.  **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**
Name of entity:                                             % of ownership

| | | | | |
|---|---|---|---|---|
| 15.1. | **MOM AS Investco LLC** | **80.10** % | **Appraisal** | **$56,434,455.00** |

16.  **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**
Describe:

17.  **Total of Part 4.**
Add lines 14 through 16.  Copy the total to line 83.                        | **$56,434,455.00** |

**Part 5:    Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
□ Yes Fill in the information below.

**Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
□ Yes Fill in the information below.

**Part 7:    Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

■ No.  Go to Part 8.
□ Yes Fill in the information below.

**Part 8:    Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No.  Go to Part 9.
□ Yes Fill in the information below.

**Part 9:    Real property**

54. **Does the debtor own or lease any real property?**

■ No.  Go to Part 10.
□ Yes Fill in the information below.

**Part 10:    Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

■ No.  Go to Part 11.
□ Yes Fill in the information below.

Debtor   **MOM AS Investor Group LLC**                                       Case number *(If known)*  **25-10513 (BLS)**
         Name

| Part 11: | All other assets |
|---|---|

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.

■ Yes Fill in the information below.

|  | Current value of debtor's interest |
|---|---|

**71.**     **Notes receivable**
       Description (include name of obligor)

**72.**     **Tax refunds and unused net operating losses (NOLs)**
       Description (for example, federal, state, local)

**73.**     **Interests in insurance policies or annuities**

**74.**     **Causes of action against third parties (whether or not a lawsuit has been filed)**
       **MOM CA Investco, LLC, et al. v. Honarkar; Orange County Superior Court, Civil Action Case No. 30-2023-01322886**          **Unknown**

| Nature of claim | Pending Civil Litigation - Real Property Dispute |
|---|---|
| Amount requested | $0.00 |

**MOM CA Investco, LLC, et al. v. Honarkar; JAMS Arbitration, Ref. No. 5200001122**          **Unknown**

| Nature of claim | Pending Arbitration - Real Estate Joint Venture Dispute |
|---|---|
| Amount requested | $0.00 |

**75.**     **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

**76.**     **Trusts, equitable or future interests in property**

**77.**     **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

**78.**     **Total of Part 11.**                          **$0.00**

       Add lines 71 through 77. Copy the total to line 90.

**79.**     **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

■ No

☐ Yes

Debtor    **MOM AS Investor Group LLC**                                   Case number *(If known)*  **25-10513 (BLS)**
Name

---

<table>
<tr><td colspan="3">Part 12:    **Summary**</td></tr>
</table>

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80.  **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $55.00 | |
| 81.  **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82.  **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83.  **Investments.** *Copy line 17, Part 4.* | $56,434,455.00 | |
| 84.  **Inventory.**  *Copy line 23, Part 5.* | $0.00 | |
| 85.  **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86.  **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87.  **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88.  **Real property.** *Copy line 56, Part 9* ......................................................> | | $0.00 |
| 89.  **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90.  **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91.  **Total.** Add lines 80 through 90 for each column | $56,434,510.00 | + 91b.  $0.00 |
| 92.  **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $56,434,510.00 |

**Fill in this information to identify the case:**

Debtor name    **MOM AS Investor Group LLC**

United States Bankruptcy Court for the:    DISTRICT OF DELAWARE

Case number (if known)    **25-10513 (BLS)**

☐ Check if this is an
amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

■ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Fill in this information to identify the case:**

Debtor name        **MOM AS Investor Group LLC**

United States Bankruptcy Court for the:   DISTRICT OF DELAWARE

Case number (if known)   **25-10513 (BLS)**

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

■ No. Go to Part 2.

☐ Yes. Go to line 2.

### Part 2:   List All Creditors with NONPRIORITY Unsecured Claims

3.  **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|
| **3.1** Nonpriority creditor's name and mailing address<br>**4G Wireless, Inc.**<br>**303 Broadway St 104-105**<br>**Laguna Beach, CA 92651**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ☐ No ■ Yes | **Unknown** |
| **3.2** Nonpriority creditor's name and mailing address<br>**Bridge Moh LLC**<br>**520 Newport Center Dr.**<br>**Ste. 480**<br>**Newport Beach, CA 92660**<br>Date(s) debt was incurred **6/8/2021**<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$27,000,000.00** |
| **3.3** Nonpriority creditor's name and mailing address<br>**Bridgegap Group LLC**<br>**520 Newport Center Dr.**<br>**Suite 480**<br>**Newport Beach, CA 92660**<br>Date(s) debt was incurred **6/8/2021**<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$2,200,000.00** |
| **3.4** Nonpriority creditor's name and mailing address<br>**Mohammad Honarkar**<br>**Address on File**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ☐ No ■ Yes | **Unknown** |

Debtor    **MOM AS Investor Group LLC**
_____    Case number (if known)    **25-10513 (BLS)**
Name

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**MOM AS Investco LLC**
**520 Newport Center Drive**
**Suite 480**
**Newport Beach, CA 92660**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ■ Yes

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**MOM BS Investco LLC**
**520 Newport Center Drive**
**Suite 480**
**Newport Beach, CA 92660**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ■ Yes

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**MOM CA Investco LLC**
**520 Newport Center Drive**
**Suite 480**
**Newport Beach, CA 92660**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ■ Yes

---

**Part 3:    List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Halpern May Ybarra Gelberg LLP**<br>**Attn Aaron May, Joseph Ybarra,Thomas Rub**<br>**550 South Hope St.**<br>**Ste. 2330**<br>**Los Angeles, CA 90071** | Line **3.4**<br><br>☐ Not listed. Explain _____ | __ |
| 4.2 | **Halpern May Ybarra Gelberg LLP**<br>**Attn Aaron May, Joseph Ybarra,Thomas Rub**<br>**550 South Hope St.**<br>**Ste. 2330**<br>**Los Angeles, CA 90071** | Line **3.1**<br><br>☐ Not listed. Explain _____ | __ |
| 4.3 | **Maralan Law, P.C.**<br>**3080 Bristol St.**<br>**Ste. 630**<br>**Costa Mesa, CA 92626** | Line **3.4**<br><br>☐ Not listed. Explain _____ | __ |
| 4.4 | **Maralan Law, P.C.**<br>**3080 Bristol St.**<br>**Ste. 630**<br>**Costa Mesa, CA 92626** | Line **3.1**<br><br>☐ Not listed. Explain _____ | __ |

---

**Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims**

5. Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | | 5a. | $ **0.00** |

Debtor    **MOM AS Investor Group LLC**
          Name

Case number (*if known*)    **25-10513 (BLS)**

**5b. Total claims from Part 2**             5b.  **+**  $        **29,200,000.00**

**5c. Total of Parts 1 and 2**
    Lines 5a + 5b = 5c.             5c.    $        **29,200,000.00**

| Fill in this information to identify the case: |
| --- |

Debtor name    **MOM AS Investor Group LLC**

United States Bankruptcy Court for the:    DISTRICT OF DELAWARE

Case number (if known)    **25-10513 (BLS)**

☐ Check if this is an amended filing

Official Form 206G
# Schedule G: Executory Contracts and Unexpired Leases                12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*                *Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| --- | --- |
| 2.1.  State what the contract or lease is for and the nature of the debtor's interest | **Indemnification Agreement Entered into 12/16/2024** | |
| State the term remaining | | **Nano Banc**<br>**7755 Irvine Center Dr.**<br>**3rd Floor**<br>**Irvine, CA 92618** |
| List the contract number of any government contract | | |

| Fill in this information to identify the case: |
| --- |

Debtor name **MOM AS Investor Group LLC**

United States Bankruptcy Court for the: DISTRICT OF DELAWARE

Case number (if known) **25-10513 (BLS)**

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                           12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**  |  *Column 2:* **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
| --- | --- | --- | --- | --- |
| 2.1 | Continuum Analytics | | 4G Wireless, Inc. | ☐ D _____<br>■ E/F __3.1__<br>☐ G _____ |
| 2.2 | Continuum Analytics | | Mohammad Honarkar | ☐ D _____<br>■ E/F __3.4__<br>☐ G _____ |
| 2.3 | Continuum Analytics | | MOM AS Investco LLC | ☐ D _____<br>■ E/F __3.5__<br>☐ G _____ |
| 2.4 | Continuum Analytics | | MOM BS Investco LLC | ☐ D _____<br>■ E/F __3.6__<br>☐ G _____ |
| 2.5 | Continuum Analytics | | MOM CA Investco LLC | ☐ D _____<br>■ E/F __3.7__<br>☐ G _____ |

Debtor **MOM AS Investor Group LLC** _____   Case number (if known) **25-10513 (BLS)**

| | **Additional Page to List More Codebtors** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.6 | **Gerald Marcil**  544 Paseo del Mar  Palos Verdes, CA 90271 | **Nano Banc** | ☐ D _____  ☐ E/F _____  ☐ G _____ |
| 2.7 | **Mahender Makhijani** | **4G Wireless, Inc.** | ☐ D _____  ☑ E/F __3.1__  ☐ G _____ |
| 2.8 | **Mahender Makhijani** | **Mohammad Honarkar** | ☐ D _____  ☑ E/F __3.4__  ☐ G _____ |
| 2.9 | **Mahender Makhijani** | **MOM AS Investco LLC** | ☐ D _____  ☑ E/F __3.5__  ☐ G _____ |
| 2.10 | **Mahender Makhijani** | **MOM BS Investco LLC** | ☐ D _____  ☑ E/F __3.6__  ☐ G _____ |
| 2.11 | **Mahender Makhijani** | **MOM CA Investco LLC** | ☐ D _____  ☑ E/F __3.7__  ☐ G _____ |
| 2.12 | **Marcil Family Trust**  544 Paseo del Mar  Palos Verdes, CA 90271 | **Nano Banc** | ☐ D _____  ☐ E/F _____  ☐ G _____ |
| 2.13 | **MOM AS Manager LLC** | **4G Wireless, Inc.** | ☐ D _____  ☑ E/F __3.1__  ☐ G _____ |

Debtor __**MOM AS Investor Group LLC**__    Case number *(if known)* __**25-10513 (BLS)**__

| ▮ | **Additional Page to List More Codebtors** |
|---|---|

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.**

| *Column 1:* **Codebtor** | *Column 2:* **Creditor** |
|---|---|

| 2.14 | **MOM AS Manager LLC** | | **Mohammad Honarkar** | ☐ D ____<br>▮ E/F ___**3.4**___<br>☐ G ____ |
|---|---|---|---|---|
| 2.15 | **MOM AS Manager LLC** | | **MOM AS Investco LLC** | ☐ D ____<br>▮ E/F ___**3.5**___<br>☐ G ____ |
| 2.16 | **MOM AS Manager LLC** | | **MOM BS Investco LLC** | ☐ D ____<br>▮ E/F ___**3.6**___<br>☐ G ____ |
| 2.17 | **MOM AS Manager LLC** | | **MOM CA Investco LLC** | ☐ D ____<br>▮ E/F ___**3.7**___<br>☐ G ____ |
| 2.18 | **MOM BS Investor Group LLC** | **520 Newport Center Dr. #480 Newport Beach, CA 92660** | **Nano Banc** | ☐ D ____<br>☐ E/F ____<br>☐ G ____ |
| 2.19 | **MOM BS Investor Group LLC** | | **4G Wireless, Inc.** | ☐ D ____<br>▮ E/F ___**3.1**___<br>☐ G ____ |
| 2.20 | **MOM BS Investor Group LLC** | | **Mohammad Honarkar** | ☐ D ____<br>▮ E/F ___**3.4**___<br>☐ G ____ |
| 2.21 | **MOM BS Investor Group LLC** | | **MOM AS Investco LLC** | ☐ D ____<br>▮ E/F ___**3.5**___<br>☐ G ____ |

Debtor    **MOM AS Investor Group LLC**                                                                Case number *(if known)*   **25-10513 (BLS)**

---

**Additional Page to List More Codebtors**

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.**

*Column 1:* **Codebtor**                                                                          *Column 2:* **Creditor**

---

| 2.22 | **MOM BS Investor Group LLC** | | **MOM BS Investco LLC** | ☐ D ＿＿＿＿<br>■ E/F ___3.6___<br>☐ G ＿＿＿＿ |

---

| 2.23 | **MOM BS Investor Group LLC** | | **MOM CA Investco LLC** | ☐ D ＿＿＿＿<br>■ E/F ___3.7___<br>☐ G ＿＿＿＿ |

---

| 2.24 | **MOM BS Manager LLC** | | **4G Wireless, Inc.** | ☐ D ＿＿＿＿<br>■ E/F ___3.1___<br>☐ G ＿＿＿＿ |

---

| 2.25 | **MOM BS Manager LLC** | | **Mohammad Honarkar** | ☐ D ＿＿＿＿<br>■ E/F ___3.4___<br>☐ G ＿＿＿＿ |

---

| 2.26 | **MOM BS Manager LLC** | | **MOM AS Investco LLC** | ☐ D ＿＿＿＿<br>■ E/F ___3.5___<br>☐ G ＿＿＿＿ |

---

| 2.27 | **MOM BS Manager LLC** | | **MOM BS Investco LLC** | ☐ D ＿＿＿＿<br>■ E/F ___3.6___<br>☐ G ＿＿＿＿ |

---

| 2.28 | **MOM BS Manager LLC** | | **MOM CA Investco LLC** | ☐ D ＿＿＿＿<br>■ E/F ___3.7___<br>☐ G ＿＿＿＿ |

---

| 2.29 | **MOM CA Investor Group LLC** | **520 Newport Center Dr. #480 Newport Beach, CA 92660** | **Nano Banc** | ☐ D ＿＿＿＿<br>☐ E/F ＿＿＿＿<br>☐ G ＿＿＿＿ |

---

Debtor   **MOM AS Investor Group LLC**                               Case number *(if known)*   **25-10513 (BLS)**

---

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| *Column 1:* **Codebtor** | *Column 2:* **Creditor** | |
|---|---|---|

| 2.30 | **MOM CA Investor Group LLC** | **4G Wireless, Inc.** | ☐ D _____ <br> ■ E/F __3.1__ <br> ☐ G _____ |
|---|---|---|---|
| 2.31 | **MOM CA Investor Group LLC** | **Mohammad Honarkar** | ☐ D _____ <br> ■ E/F __3.4__ <br> ☐ G _____ |
| 2.32 | **MOM CA Investor Group LLC** | **MOM AS Investco LLC** | ☐ D _____ <br> ■ E/F __3.5__ <br> ☐ G _____ |
| 2.33 | **MOM CA Investor Group LLC** | **MOM BS Investco LLC** | ☐ D _____ <br> ■ E/F __3.6__ <br> ☐ G _____ |
| 2.34 | **MOM CA Investor Group LLC** | **MOM CA Investco LLC** | ☐ D _____ <br> ■ E/F __3.7__ <br> ☐ G _____ |
| 2.35 | **MOM CA Manager LLC** | **4G Wireless, Inc.** | ☐ D _____ <br> ■ E/F __3.1__ <br> ☐ G _____ |
| 2.36 | **MOM CA Manager LLC** | **Mohammad Honarkar** | ☐ D _____ <br> ■ E/F __3.4__ <br> ☐ G _____ |
| 2.37 | **MOM CA Manager LLC** | **MOM AS Investco LLC** | ☐ D _____ <br> ■ E/F __3.5__ <br> ☐ G _____ |

---

Debtor   **MOM AS Investor Group LLC**                                   Case number *(if known)*   **25-10513 (BLS)**

| | **Additional Page to List More Codebtors** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

Column 1: **Codebtor**                                                          Column 2: **Creditor**

| 2.38 | **MOM CA**<br>**Manager LLC** | **MOM BS Investco**<br>**LLC** | ☐ D _____<br>■ E/F  **3.6**<br>☐ G _____ |
|---|---|---|---|
| 2.39 | **MOM CA**<br>**Manager LLC** | **MOM CA Investco**<br>**LLC** | ☐ D _____<br>■ E/F  **3.7**<br>☐ G _____ |
| 2.40 | **MOM AS Investor**<br>**Group LLC** | **Nano Banc** | ☐ D _____<br>☐ E/F _____<br>■ G  **2.1** |
| 2.41 | **MOM BS Investor**<br>**Group LLC** | **Nano Banc** | ☐ D _____<br>☐ E/F _____<br>■ G  **2.1** |

**Fill in this information to identify the case:**

Debtor name **MOM AS Investor Group LLC**

United States Bankruptcy Court for the: DISTRICT OF DELAWARE

Case number (if known) **25-10513 (BLS)**

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors  12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **April 14, 2025**         X **/s/ Peter Kravitz**
                                       Signature of individual signing on behalf of debtor

                                       **Peter Kravitz**
                                       Printed name

                                       **Independent Manager**
                                       Position or relationship to debtor